UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIMBER CREEK CASUALTY                              CIVIL ACTION
INSURANCE, A RISK RETENTION
GROUP

VERSUS                                                    NO. 26-485

TUCKER TRUCKING, LLC, ET AL.                       SECTION R

**ORDER & REASONS**

On April 17, 2026, Timber Creek Casualty Insurance, a Risk Retention Group ("Timber Creek") filed an amended complaint in which it asserted that this Court has subject matter jurisdiction over plaintiff's declaratory judgment action based upon diversity jurisdiction under 28 U.S.C. § 1332.[1]

While Timber Creek has properly alleged its own citizenship, it has failed properly to allege the citizenship of defendant Tucker Trucking, LLC. Timber Creek must identify each of the members of the limited liability company and then must properly allege the citizenship of each member in accordance with the requirements of 28 U.S.C. § 1332(a) and (c). *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008); *see also Storey Mountain, L.L.C. v. JPMorgan Chase Bank, N.A.*, 159 F.4th 294 (5th Cir. 2025) ("At the pleading stage, the party invoking this court's jurisdiction

_____

[1]    R. Doc. 12 at 3.

must allege the citizenship of each LLC's members."). The same requirement applies to any member of a limited liability company that is also a limited liability company. *See Mullins v. TestAmerica, Inc.*, 564 F.3d 386, 397–98 (5th Cir. 2009).

Proper information regarding the citizenship of all parties and the amount in controversy is necessary to establish the Court's diversity jurisdiction. Although defendants have not filed a motion to dismiss on jurisdictional grounds, the Court *sua sponte* raises the issue of whether it may exercise diversity jurisdiction in this matter.

**IT IS ORDERED** that plaintiff Timber Creek shall have **seven (7) days** from the date of this Order to file an amended complaint, without further leave of Court, properly setting forth the citizenship particulars of all of the parties, as required to establish that the Court has diversity jurisdiction over this case under 28 U.S.C. § 1332(a).

New Orleans, Louisiana, this 20th day of July, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

2